IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS SCHLENKER**, Individually and on Behalf of All Others Similarly Situated <br><br> Plaintiffs, <br><br> v. <br><br> **IMMUCOR, INC., EDWARD L. GALLUP, GIOACCHINO DeCHIRICO, RICHARD A. FLYNT, PATRICK D. WADDY, RALPH A. EATZ, ROSWELL S. BOWERS, JOHN A. HARRIS, JOSEPH E. ROSEN, MICHAEL S. GOLDMAN, and JACK GOLDSTEIN,** <br><br> Defendants. | CIVIL ACTION <br><br> NO. 2:09 - CV - 04297 - JD |

## O R D E R

**AND NOW**, this 22nd of December, 2009, upon consideration of Defendants' Motion to Transfer Action to the United States District Court for the Northern District of Georgia Pursuant to 28 U.S.C. § 1404(a) (Document No. 37, filed Nov. 30, 2009) and Amalgamated's Response to Defendants' Motion to Transfer Action (Document No. 44, filed Dec. 17, 2009), **IT IS ORDERED**, for the reasons set forth in the Memorandum dated December 22, 2009, that Defendant's Motion to Transfer Action to the United States District Court for the Northern District of Georgia Pursuant to 28 U.S.C. § 1404(a) is **GRANTED**. The case is **TRANSFERRED** to the United States District Court for the Northern District of Georgia.

**IT IS FURTHER ORDERED** that the Clerk of the United States District Court for the Eastern District of Pennsylvania **SHALL SEND** the complete file to the United States District Court for the Northern District of Georgia.

                                                                                **BY THE COURT:**

                                                                               /s Jan E. Dubois

                                                                              **JAN E. DUBOIS, J.**